IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB ANDREW BERGERON,

   Plaintiff,

     v.

CIVIL ACTION FILE
NO. 1:17-CV-1948-TWT

UNKNOWN PUBLIC DEFENDER
OF CHEROKEE COUNTY NUMBER
ONE (1)
(GEORGIA), et al.,

   Defendants.

## ORDER

This is a pro se prisoner civil rights action complaining about the conditions at the Cherokee County jail. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 29 day of June, 2017.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge

T:\ORDERS\17\Bergeron\r&r.wpd